**FILED**

04/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0594

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## SUPREME COURT CAUSE NO. DA-21-0594

_____

KIRK B. REISBECK,

              Plaintiff/Appellant,

v.

FARMERS INSURANCE EXCHANGE,

              Defendant/Appellee.

_____

## ORDER GRANTING EXTENSION OF TIME
_____

On appeal from the Montanan First Judicial District, in and for the County of Lewis & Clark, Cause No. ADV-2017-696; Honorable Mike Menahan

_____

IT IS HEREBY ORDERED that Appellant's unopposed motion requesting a 30-day extension of time to file his Opening Brief is GRANTED.  Appellant has up to and including May 11, 2022, in which to file his brief.

Dated this ____ day of _____, 2022.

FOR THE COURT,

By _____

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 1 2022